Marc D. Blackman, OSB # 730338
marc@ransomblackman.com
Ransom Blackman LLP
1001 SW 5th Ave Ste 1400
Portland OR  97204
503 228-0487

Katherine C. Chamberlain, OSB# 042580
KatherineC@mhb.com
MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104-1745
206-622-1604

FILED 13 JAN '12 11:32 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

PRISON LEGAL NEWS, a project of the
HUMAN RIGHTS DEFENSE CENTER,

Plaintiff,

v.

COLUMBIA COUNTY; COLUMBIA
COUNTY SHERIFF'S OFFICE; JEFF
DICKERSON, individually and in his capacity
as Columbia County Sheriff,

Defendants.

No. CV '12 - 0071 - SI

COMPLAINT

DEMAND FOR JURY TRIAL

## I.    NATURE OF THE CASE

1.1     Plaintiff Prison Legal News, a project of the Human Rights Defense Center,

brings this action to enjoin Defendants' censorship of Prison Legal News' monthly publication,

and correspondence mailed to prisoners who are held in custody at the Columbia County Jail, in

violation of the First Amendment and the Fourteenth Amendment's Due Process Clause.

Defendants have adopted and implemented written mail policies and practices that

COMPLAINT - 1          *44935*

9870.05 fa122203

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

1    unconstitutionally restrict correspondence to and from prisoners to postcards only, and that

2    prohibit delivery of book catalogs and magazines to prisoners.  Further, Defendants' policies and

3    practices do not afford due process notice and an opportunity to challenge the censorship as

4    required by the Constitution.

5                                    **II.    JURISDICTION AND VENUE**

6            2.1     This action arises under the First and Fourteenth Amendments to the United

7    States Constitution.  This Court has jurisdiction over this action under 28 U.S.C. §§ 1331, 1343,

8    2201, and 2202.

9            2.2     Venue is proper in the District of Oregon under 28 U.S.C. § 1391(b)(2) because a

10   substantial part of the events complained of occurred in this District, and because the Defendants

11   reside in this District.

12                                         **III.    PARTIES**

13           3.1     Plaintiff Prison Legal News (PLN) is a project of the Human Rights Defense

14   Center (HRDC), a Washington Non-Profit Corporation.  The core of HRDC's mission is public

15   education, prisoner education, advocacy, and outreach in support of the rights of prisoners and in

16   furtherance of basic human rights.  PLN publishes and distributes a monthly journal of

17   corrections news and analysis and certain books about the criminal justice system and legal

18   issues affecting prisoners, to prisoners, lawyers, courts, libraries, and the public throughout the

19   Country.  PLN also maintains a website (www.prisonlegalnews.org) and operates an email list.

20   Prisoners of all types, family and friends of prisoners, and prisoner advocates, are among the

21   intended beneficiaries of PLN's activities.

22           3.2     Defendant Columbia County is a municipal corporation formed under the laws of

23   the State of Oregon.

24           3.3     Defendant Columbia County Sheriff's Office is a department of Columbia County

25   and operates the Columbia County Jail located in St. Helens, Oregon.  The Columbia County Jail

26   facility houses convicted prisoners and pretrial detainees.

27

COMPLAINT - 2

9870.05 fa122203

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

3.4     Defendant Jeff Dickerson is the Sheriff of Columbia County.  Sheriff Dickerson is employed by and is an agent of Columbia County and the Sheriff's Office.  He is responsible for the operations of the Columbia County Jail, and the training and supervision of the Jail staff who interpret and implement the Jail's mail policy for prisoners.  He is the policymaker for the Jail policy governing mail for prisoners.

3.5     Each of the acts and omissions of persons alleged herein were taken under color of state law and within the scope of their official duties as employees and officers of Columbia County and the Columbia County Sheriff's Office.

## IV.     FACTUAL ALLEGATIONS

4.1     Prison Legal News publishes and distributes a soft-cover monthly journal, and publishes and distributes paperback books, about the criminal justice system and legal issues affecting prisoners.

4.2     Prison Legal News has approximately 7,000 subscribers in the United States and abroad, including prisoners, attorneys, journalists, public libraries, judges, and other members of the public.  PLN distributes its publication to prisoners and law librarians in approximately 2,200 correctional facilities across the United States, including the Federal Bureau of Prisons and the Oregon Department of Corrections.

4.3     Prison Legal News engages in core protected speech and expressive conduct on matters of public concern, such as operations of prison facilities, prison conditions, prisoner health and safety, and prisoners' rights.

## A.     CENSORSHIP AND LACK OF DUE PROCESS

4.4     Defendants have rejected PLN's monthly publications, book catalogs, book offers, informational brochures, subscription forms, subscription renewal letters, fundraising letters, and online articles mailed to prisoners held in custody at the Columbia County Jail.  The mail items rejected by Defendants include, but are not limited to, the items identified below.

COMPLAINT - 3

9870.05 fa122203

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

1

**Monthly Publications**

2    4.5    Prison Legal News sent its monthly journal to certain prisoners at the Columbia

3    County Jail by U.S. Mail.

4    4.6    PLN's monthly journal is a 56-page publication titled *Prison Legal News:*

5    *Dedicated to Protecting Human Rights* and contains various articles on corrections news and

6    analysis, about prisoner rights, court rulings, management of prison facilities and prison

7    conditions.

8    4.7    On or about December 8, 2010 PLN mailed a December 2010 *Prison Legal News*

9    publication addressed to prisoner Rusty Campo at the Columbia County Jail. Rusty Campo was

10   a prisoner at the Columbia County Jail at the time that the Jail received the December 2010

11   *Prison Legal News* publication from PLN.

12   4.8    On or about January 13, 2011, PLN mailed a January 2011 *Prison Legal News*

13   publication addressed to prisoner Rusty Campo at the Columbia County Jail. Rusty Campo was

14   a prisoner at the Columbia County Jail at the time that the Jail received the January 2011 *Prison*

15   *Legal News* publication from PLN.

16   4.9    On or about January 31, 2011, PLN mailed its September 2008 *Prison Legal*

17   *News* publication addressed to each of the following prisoners at the Columbia County Jail:

18
      Prisoner Name
19    Daniel Butts
      Cory Dell
20    Jacob Francoeur
      William Hess
21

22   The individuals identified above were prisoners at the Columbia County Jail at the time that the

     Jail received the September 2008 *Prison Legal News* publications from PLN.
23
      4.10    On or about January 31, 2011, PLN mailed its November 2009 *Prison Legal*
24
     *News* publication addressed to prisoner Nicholas Bierman at the Columbia County Jail. Nicholas
25
     Bierman was a prisoner at the Columbia County Jail at the time that the Jail received the
26
     November 2009 *Prison Legal News* publication from PLN.
27

COMPLAINT - 4

9870.05 fa122203

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

1      4.11    On or about January 31, 2011, PLN mailed its January 2010 *Prison Legal News*

2  publication addressed to prisoner Andrew Plumber at the Columbia County Jail.  Andrew

3  Plumber was a prisoner at the Columbia County Jail at the time that the Jail received the January

4  2010 *Prison Legal News* publication from PLN.

5      4.12    On or about February 1, 2011, PLN mailed its July 2009 *Prison Legal News*

6  publication addressed to each of the following prisoners at the Columbia County Jail:

7          Prisoner Name
          Ezra St. Helen
8          Scott Thomas

9  The individuals identified above were prisoners at the Columbia County Jail at the time that the

10  Jail received the July 2009 *Prison Legal News* publications from PLN.

11      4.13    On or about February 1, 2011, PLN mailed its November 2009 *Prison Legal*

12  *News* publication addressed to each of the following prisoners at the Columbia County Jail:

13          Prisoner Name
          Robert Beckwith
14          Scott Lavelle
          Lloyd Myers
15          Alisha Vandolah
          Jeffrey Vannatta
16
  The individuals identified above were prisoners at the Columbia County Jail at the time that the
17
  Jail received the November 2009 *Prison Legal News* publications from PLN.
18
      4.14    On or about February 3, 2011, PLN mailed its January 2010 *Prison Legal News*
19
  publication addressed to prisoner Kanaan Meyers at the Columbia County Jail.  Prisoner Meyers
20
  was a prisoner at the Columbia County Jail at the time that the Jail received the January 2010
21
  *Prison Legal News* publication from PLN.
22
      4.15    On or about February 3, 2011, PLN mailed its July 2009 *Prison Legal News*
23
  publication addressed to each of the following prisoners at the Columbia County Jail:
24
          Prisoner Name
25          Troy McCarter
          Shane McNutt
26          Robert Meader
          Jason Quade
27

COMPLAINT - 5

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

1    The individuals identified above were prisoners at the Columbia County Jail at the time that the

2    Jail received the July 2009 *Prison Legal News* publications from PLN.

3         4.16    On or about February 3, 2011, PLN mailed its September 2008 *Prison Legal*

4    *News* publication addressed to each of the following prisoners at the Columbia County Jail:

5              Prisoner Name
              Nicholas Jones
6              Martin Kay

7    The individuals identified above were prisoners at the Columbia County Jail at the time that the

8    Jail received the September 2008 *Prison Legal News* publications from PLN.

9         4.17    On or about February 10, 2011, PLN mailed its February 2011 *Prison Legal News*

10   publication addressed to each of the following prisoners at the Columbia County Jail:

11             Prisoner Name
              Troy McCarter
12             Ezra St. Helen

13   The individuals identified above were prisoners at the Columbia County Jail at the time that the

14   Jail received the February 2011 *Prison Legal News* publications from PLN.

15        4.18    On or about March 10, 2011, PLN mailed its March 2011 *Prison Legal News*

16   publication addressed to prisoner Ezra St. Helen at the Columbia County Jail.  Ezra St. Helen

17   was a prisoner at the Columbia County Jail at the time that the Jail received the March 2011

18   *Prison Legal News* publication from PLN.

19        4.19    On or about April 11, 2011, PLN mailed its April 2011 *Prison Legal News*

20   publication addressed to prisoner Troy McCarter at the Columbia County Jail.  Troy McCarter

21   was a prisoner at the Columbia County Jail at the time that the Jail received the April 2011

22   *Prison Legal News* publication from PLN.

23        4.20    On or about May 18, 2011, PLN mailed its May 2011 *Prison Legal News*

24   publication addressed to prisoner Ezra St. Helen at the Columbia County Jail.  Ezra St. Helen

25   was a prisoner at the Columbia County Jail at the time that the Jail received the May 2011 *Prison*

26   *Legal News* publication from PLN.

27

COMPLAINT - 6

9870.05 fa122203

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

1      4.21  On or about June 9, 2011, PLN mailed its June 2011 *Prison Legal News*

2  publication addressed to each of the following prisoners at the Columbia County Jail:

3          Prisoner Name
        Ezra St. Helen
4          Martin Kay

5  The individuals identified above were prisoners at the Columbia County Jail at the time that the

6  Jail received the June 2011 *Prison Legal News* publications from PLN.

7      4.22  On or about June 30, 2011, PLN mailed its May 2008 *Prison Legal News*

8  publication addressed to each of the following prisoners at the Columbia County Jail:

9          Prisoner Name
        George Lammi
10          Jeffrey Murray
        Cindy Seaston
11

12  The individuals identified above were prisoners at the Columbia County Jail at the time that the

Jail received the May 2008 *Prison Legal News* publications from PLN.
13

14      4.23  On or about July 20, 2011, PLN mailed its May 2009 *Prison Legal News*

15  publication addressed to each of the following prisoners at the Columbia County Jail:

16          Prisoner Name
        Mark Gift
        Ralph Patterson
17          Barry Shaft
        William Temple
18          Robert Westmoreland

19  The individuals identified above were prisoners at the Columbia County Jail at the time that the

20  Jail received the May 2009 *Prison Legal News* publications from PLN.

21      4.24  Defendants rejected each publication identified in paragraphs 4.7-4.23, and did

22  not deliver the publications to the prisoner-addressees.

23      4.25  Defendants rejected many but not all of the journals that Prison Legal News sent

24  to prisoners. Defendants returned a number of the rejected journals, but it is unknown whether

25  they returned them all. For the journals that Defendants returned to Prison Legal News,

26  Defendants: (a) placed a sticker on the mail stating: "As of April 1, 2010 The Columbia County

27  Jail ONLY ACCEPTS POSTCARDS, This applies to ALL incoming and out going mail"; (b)

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

1   stamped the mail "INSPECTED BY COLUMBIA COUNTY JAIL" and handwrote checkmarks

2   next to "RETURN TO SENDER" and "REFUSE/VIOLATES SECURITY"; or (c) merely

3   stamped the mail "RETURN TO SENDER."

4       4.26    Defendants did not provide PLN due process notice or an opportunity to appeal

5   the censorship decisions.

6       4.27    Defendants did not provide the prisoner-addressees due process notice or an

7   opportunity to appeal the censorship decisions.

8       4.28    In addition to those identified above, PLN mailed other *Prison Legal News*

9   journals addressed to prisoners at the Columbia County Jail between January 2011-January 2012.

10      4.29    On information and belief, Defendants rejected additional *Prison Legal News*

11  journals that PLN sent to prisoners, other than those identified above, and Defendants failed to

12  give PLN and the prisoners due process notice and an opportunity to be heard, and Defendants

13  continue to do so.

14      4.30    PLN intends to continue sending its monthly journal to prisoners at the Columbia

15  County Jail in the future.

### Informational Brochures, Subscription Order Forms, Book Catalogs

17      4.31    Prison Legal News sent informational brochures about PLN and subscription

18  order forms, book catalogs, and book offers to prisoners at the Columbia County Jail in a white

19  standard # 10 envelopes via first-class mail.

20      4.32    **Prison Legal News Brochure and Subscription Order Form:**  Prison Legal

21  News sent certain prisoners at the Columbia County Jail an informational brochure about its

22  organization and publications.  The double-sided single-page brochure includes: a description of

23  the topics covered in PLN's monthly journal, subscription rates, special subscription offers, and

24  an order form; a description of three books available for purchase or included with a subscription

25  to *Prison Legal News—Protecting your Health & Safety*, *With Liberty for Some: 500 Years of*

26  *Imprisonment in America*, and *Prison Profiteers: Who Makes Money from Mass Incarceration*;

27  and other information about PLN's bookstore.

COMPLAINT - 8

9870.05 fa122203

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

1        4.33    **Book Catalog:** Prison Legal News sent certain prisoners at the Columbia County

2   Jail its 2010 PLN Book List.  The double-sided single-page book list includes a description of 43

3   books, dictionaries, and resource materials available for purchase.  The books available for

4   purchase include information about a variety of topics, including but not limited to: the basic

5   rights of prisoners regarding health and safety; the American criminal justice system; self-

6   representation in court; finding the right lawyer; DNA testing; issues related to imprisoned

7   women; developing a successful re-entry plan upon release from prison; searching for a job;

8   crime and poverty; and the mental health crisis in U.S. prisons and jails.

9        4.34    **Book Offers:** Prison Legal News sent certain prisoners at the Columbia County

10  Jail a double-sided single-page informational brochure about two books for sale: *The Habeas*

11  *Citebook: Ineffective Assistance of Counsel*, a handbook containing case citations, pleadings, and

12  forms designed to help a prisoner seek habeas corpus relief; and *Prisoners' Guerrilla Handbook*

13  *to Correspondence Programs in the United States and Canada*, a handbook on high school,

14  vocational, paralegal, undergraduate, and graduate courses available through correspondence

15  study.

16       4.35    Collectively, the PLN Brochure, Book List, and Book Offer described above in

17  paragraphs 4.31-4.34 are referred to as "Informational Brochure Packs" below.

18       4.36    Prison Legal News mailed Informational Brochure Packs addressed to each of the

19  following prisoners at the Columbia County Jail:

| Prisoner Name | Date Mailed to Prisoner |
|---|---|
| Robert Beckwith | January 31, 2011 |
| Daniel Butts | February 3, 2011 |
| Cory Dell | February 3, 2011 |
| Jacob Francoeur | February 3, 2011 |
| Mark Gift | July 20, 2011 |
| Nicholas Jones | February 3, 2011 |
| Martin Kay | February 1, 2011 |
| George Lammi | June 30, 2011 |
| Scott Lavelle | January 31, 2011 |
| Troy McCarter | February 1, 2011 |
| Shane McNutt | January 31, 2011 |
| Robert Meader | February 3, 2011 |
| Kanaan Meyers | January 31, 2011 and February 4, 2011 |
| Jeffrey Murray | June 30, 2011 |

COMPLAINT - 9

9870.05 fa122203

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

| | |
|---|---|
| Lloyd Myers | January 31, 2011 |
| Ralph Patterson | July 20, 2011 |
| Andrew Plumber | January 31, 2011 |
| Jason Quade | February 1, 2011 |
| Cindy Seaston | June 30, 2011 |
| Barry Shaft | July 20, 2011 |
| Ezra St. Helen | February 1, 2011 |
| William Temple | July 20, 2011 |
| Scott Thomas | February 1, 2011 |
| Alisha Vandolah | February 1, 2011 |
| Jeffrey Vannatta | February 3, 2011 |
| Robert Westmoreland | July 20, 2011 |

4.37    The prisoners identified above in paragraph 4.36 were prisoners at the Columbia County Jail at the time that the Jail received the Informational Brochure Packs addressed to each prisoner from PLN.

4.38    Defendants rejected each Informational Brochure Pack sent by PLN and did not deliver them to the prisoner-addressees.

4.39    For the Informational Brochure Packs that Defendants returned to Prison Legal News, Defendants: (a) placed a sticker on the mail stating: "As of April 1, 2010 The Columbia County Jail ONLY ACCEPTS POSTCARDS, This applies to ALL incoming and out going mail"; (b) stamped the mail "INSPECTED BY COLUMBIA COUNTY JAIL" and handwrote checkmarks next to "RETURN TO SENDER" and "REFUSE/VIOLATES SECURITY"; or (c) merely stamped the mail "RETURN TO SENDER."

4.40    Defendants did not provide PLN due process notice or an opportunity to appeal the censorship decisions.

4.41    Defendants did not provide the prisoner-addressees due process notice or an opportunity to appeal the censorship decisions.

4.42    In addition to those identified above, PLN mailed Informational Brochure Packs addressed to other prisoners at the Columbia County Jail in 2011.

4.43    On information and belief, Defendants rejected additional Informational Brochure Packs that PLN sent to prisoners, other than those identified above, and Defendants failed to give due process notice and an opportunity to be heard to PLN and the prisoner-addressees.

COMPLAINT - 10

9870.05 fa122203

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

1    4.44    Prison Legal News intends to continue sending Informational Brochure Packs to

2    prisoners at the Columbia County Jail in the future.

3    **Renewal Letters**

4    4.45    Prison Legal News sent subscription renewal letters along with Informational

5    Brochure Packs ("Subscription Renewal Packs") to certain prisoners at the Columbia County Jail

6    in white standard # 10 envelopes via first-class mail.

7    4.46    Each personalized subscription renewal letter mailed to a prisoner at the

8    Columbia County Jail included information for the prisoner-addressee that his individual

9    subscription was nearing its end.

10    4.47    In May and June 2011, Prison Legal News mailed Subscription Renewal Packs

11    addressed to each of the following prisoners at the Columbia County Jail:

12
| Prisoner Name | Date Sent |
| --- | --- |
| William Hess | 6/16/11 |
| Martin Kay | 6/16/11 |
| Troy McCarter | 6/16/11 |
| Shane McNutt | 6/16/11 |
| Andrew Plumber | 6/16/11 |
| Jason Quade | 5/21/11 |
| Ezra St. Helen | 6/16/11 |
| Alisha Vandolah | 6/16/11 |

18    The prisoners identified above were prisoners at the Columbia County Jail at the time that the

19    Jail received the Subscription Renewal Packs addressed to each prisoner from PLN.

20    4.48    Defendants rejected each Subscription Renewal Pack sent by PLN and did not

21    deliver them to the prisoner-addressees.

22    4.49    For the Subscription Renewal Packs that Defendants returned to Prison Legal

23    News, Defendants: (a) placed a sticker on the mail stating: "As of April 1, 2010 The Columbia

24    County Jail ONLY ACCEPTS POSTCARDS, This applies to ALL incoming and out going

25    mail"; or (b) merely stamped the mail "RETURN TO SENDER."

26    4.50    Defendants did not provide Prison Legal News due process notice or an

27    opportunity to appeal the censorship decisions.

COMPLAINT - 11

9870.05 fa122203

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

1    4.51    Defendants did not provide the prisoner-addressees due process notice or an

2  opportunity to appeal the censorship decisions.

3    4.52    In addition to those identified above, PLN mailed Subscription Renewal Packs

4  addressed to other prisoners at the Columbia County Jail in 2011.

5    4.53    On information and belief, Defendants rejected additional Subscription Renewal

6  Packs that PLN sent to other prisoners, other than those identified above, and Defendants failed

7  to give due process notice and an opportunity to be heard to PLN and the prisoner-addressees.

8    4.54    Prison Legal News intends to continue sending Subscription Renewal Packs to

9  prisoners at the Columbia County Jail in the future.

10                         **Fundraising Letters and Brochures**

11    4.55    Prison Legal News sent fundraising letters along with Informational Brochure

12  Packs ("Fundraising Pack") to certain prisoners at the Columbia County Jail in white standard #

13  10 envelopes via standard rate nonprofit mail.

14    4.56    Each fundraising letter mailed to a prisoner at the Columbia County Jail included

15  information for the prisoner-addressee about PLN's history, PLN's efforts to protect civil rights

16  across the country, and its journal and books available for purchase.

17    4.57    In approximately November 2011, Prison Legal News mailed Fundraising Packs

18  addressed to prisoners William Temple and Barry Shaft at the Columbia County Jail.  Mr.

19  Temple and Mr. Shaft were prisoners at the Columbia County Jail at the time that the Jail

20  received the Fundraising Packs addressed to each of them from PLN.

21    4.58    Defendants rejected each Fundraising Pack sent by PLN and did not deliver them

22  to the prisoner-addressees.

23    4.59    For the Fundraising Packs that Defendants returned to Prison Legal News,

24  Defendants merely stamped them "RETURN TO SENDER" without stating a reason for

25  censorship.

26    4.60    Defendants did not provide Prison Legal News due process notice or an

27  opportunity to appeal the censorship decisions.

COMPLAINT - 12

9870.05 fa122203

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

1    4.61    On information and belief, Defendants did not provide the prisoner-addressees

2    due process notice or an opportunity to appeal the censorship decisions.

3    4.62    In addition to those identified above, PLN mailed Fundraising Packs addressed to

4    other prisoners at the Columbia County Jail in 2011.

5    4.63    On information and belief, Defendants rejected additional Fundraising Packs that

6    PLN sent to other prisoners, other than those identified above, and Defendants failed to give due

7    process notice and an opportunity to be heard to PLN and the prisoner-addressees.

8    4.64    Prison Legal News intends to continue sending Fundraising Packs to prisoners at

9    the Columbia County Jail in the future.

10    **PLN Online Article**

11    4.65    An individual, Lucy Lennox, sent legal articles that she printed off of PLN's

12    website to certain prisoners at the Columbia County Jail in standard #10 envelopes via U.S. Mail.

13    4.66    The legal articles mailed by Ms. Lennox to prisoners at the Columbia County Jail

14    include a critique of prison privatization, and research findings about the goals and results of the

15    move toward privatization.   The articles also identify a correspondence school book available

16    for sale, and include introductory descriptions of PLN's 20 "Breaking News" headlines about

17    various topics, including but not limited to sex abuse in prison, poor forensics used to secure

18    criminal convictions, private prison companies behind Arizona's immigration law, and the death

19    penalty in Texas.

20    4.67    In December 2011, Ms. Lennox mailed PLN online articles to the following

21    prisoners at the Columbia County Jail:

22    
| Prisoner Name | Date Sent |
|---|---|
| Steven Adams | 12/15/11 |
| Arthur Bates Jr. | 12/15/11 |
| Toni Bertasso | 12/21/11 |
| Daniel Butts | 12/15/11 |
| Robert Clement | 12/15/11 |
| Anthony Deherrera | 12/22/11 |
| Kenna Haynes | 12/22/11 |
| Scott Lavelle | 12/15/11 |
| Billy Nelson | 12/15/11 |
| Samuel Oester | 12/15/11 |

COMPLAINT - 13

9870.05 fa122203

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

| Cindy Seastone | 12/15/11 |
| Barry Shaft | 12/15/11 |
| William Temple | 12/15/11 |
| Timothy Turner | 12/20/11 |
| Alisha Vandolah | 12/15/11 |

The prisoners identified above were prisoners at the Columbia County Jail at the time that the

Jail received the PLN articles addressed to each of them from Ms. Lennox.

4.68    Defendants rejected at least twelve PLN articles sent by Ms. Lennox and did not

deliver them to the prisoners to which they were addressed by name.

4.69    For the PLN articles that Defendants returned to Ms. Lennox, Defendants: (a)

placed a sticker on the mail stating: "As of April 1, 2010 The Columbia County Jail ONLY

ACCEPTS POSTCARDS, This applies to ALL incoming and out going mail"; (b) stamped the

mail "INSPECTED BY COLUMBIA COUNTY JAIL" and handwrote checkmarks next to

"RETURN TO SENDER" and "REFUSE/VIOLATES SECURITY"; (c) stamped the mail

"INSPECTED BY COLUMBIA COUNTY JAIL" and handwrote checkmarks next to

"RETURN TO SENDER" and "CONTRABAND"; or (d) stamped the mail "INSPECTED BY

COLUMBIA COUNTY JAIL" and handwrote "no envelope mail".

4.70    Defendants did not provide Ms. Lennox due process notice or an opportunity to

appeal the censorship decisions.

4.71    Defendants did not provide the prisoner-addressees due process notice or an

opportunity to appeal the censorship decisions.

**B.      JAIL POLICIES**

4.72    On April 1, 2010, the Columbia County Jail implemented a new policy governing

mail to prisoners.  A true copy of the policy is attached to this Complaint as Exhibit A.

4.73    **Ban on Speech that is Not a Postcard:**  Effective April 1, 2010, Defendants

instituted a policy that requires all incoming and outgoing mail to prisoners to be in postcard

form (hereinafter "Postcard-Only Mail Policy").

4.73.1    The Jail's Postcard-Only Mail Policy states, in pertinent part:

Incoming Mail will be only accepted in the form of commercially-
produced postcards or a photograph used as a postcard.

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

1   *See* Exhibit A.

2         4.73.2   In addition, Defendants sometimes place a sticker on returned mail,

3   which states: "As of April 1, 2010 The Columbia County Jail ONLY ACCEPTS POSTCARDS,

4   This applies to ALL incoming and out going mail."

5         4.73.3   Defendants have used their Postcard-Only Mail Policy to censor

6   Plaintiff's *Prison Legal News* journal, Informational Brochure Packs, Renewal Brochure Packs,

7   Fundraising Packs, online articles, and other correspondence.

8         4.73.4   Defendants have used their Postcard-Only Mail Policy to censor

9   correspondence from other publishers, companies, organizations, prisoners and individuals.  For

10   example, Defendants rejected numerous PLN articles that Lucy Lennox printed from the PLN

11   website and mailed to certain prisoners at the Columbia County Jail.  The Jail's stated

12   justification for rejection was that "the Columbia County Jail ONLY ACCEPTS POSTCARDS"

13   or "no envelope mail" as the reason for rejection.

14         4.73.5   Defendants' Postcard-Only Mail Policy is unconstitutionally overbroad.

15         4.73.6   Defendants' Postcard-Only Mail Policy and their practice of enforcing

16   this policy unconstitutionally burdens Plaintiff's First Amendment rights, the First Amendment

17   rights of other correspondents who send mail to prisoners confined at the Columbia County Jail,

18   the First Amendment rights of the intended recipients of outgoing mail from prisoners confined

19   at the Columbia County Jail, and the First Amendment rights of prisoners at the Columbia

20   County Jail.

21       4.74   **Ban on Speech that is a Magazine:** Defendants' Mail Policy bans all magazines

22   (hereinafter "No-Magazines Mail Policy").  The Jail's No-Magazines Mail Policy states, in

23   pertinent part:

24           **Publications:** "We do not accept magazines." . . .
        **Magazines:** "Are not allowed inside the facility."

25

26   *See* Exhibit A.

27

COMPLAINT - 15

9870.05 fa122203

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

1              4.74.1   On information and belief, Defendants have used their No-Magazines

2 Mail Policy to censor Plaintiff's *Prison Legal News* journal and other correspondence.

3              4.74.2   On information and belief, Defendants have used their No-Magazines

4 Mail Policy to censor magazines, journals, publications and other correspondence from other

5 publishers, book distributors, companies, organizations, and individuals.

6              4.74.3   Defendants' No-Magazines Mail Policy is unconstitutionally overbroad.

7              4.74.4   Defendants' No-Magazines Mail Policy and its practice of enforcing this

8 policy unconstitutionally burdens Plaintiff's First Amendment rights, the First Amendment rights

9 of other correspondents who send mail to prisoners confined at the Columbia County Jail, and

10 the First Amendment rights of prisoners at the Columbia County Jail.

11       4.75   **Lack of Procedural Due Process Protections:**  Defendants' mail policies do not

12 require them to provide due process notice or an opportunity for the mail sender, intended

13 recipient, or prisoner to appeal the Jail's censorship decisions; and Defendants' practice likewise

14 does not provide due process notice or an opportunity for the mail sender, intended recipient, or

15 prisoner to appeal the Jail's censorship decisions.  Defendants' policies and practices violate the

16 Due Process Clause of the Fourteenth Amendment.

17       4.76   Defendants' policies and conduct prohibiting delivery of Prison Legal News'

18 monthly journal, informational brochures, subscription forms, book catalogs, book offers,

19 renewal letters, fundraising letters, online articles, and other publications and correspondence to

20 prisoners confined at the Columbia County Jail, violate the First Amendment.  Similarly,

21 Defendants' policies and conduct prohibiting delivery of incoming mail from correspondents

22 other than PLN, and prohibiting delivery of outgoing mail from prisoners to PLN or other

23 intended recipients, violate the First Amendment.

24       4.77   Defendants' policies and their censorship of the expressive activities set forth

25 above have a chilling effect on future speech.

26       4.78   Defendants' policies and practices described above frustrate Prison Legal News's

27 organizational mission and have caused Prison Legal News to divert its resources.

COMPLAINT - 16

9870.05 fa122203

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

1    4.79    Defendants' policies and actions have violated, continue to violate, and are

2  reasonably expected to violate in the future Plaintiff's constitutional rights to communicate its

3  political message to prisoners, to recruit new supporters, readers and subscribers, and have

4  caused Plaintiff additional financial harm in the form of diversion of its resources, lost

5  subscriptions, and lost publication and book purchases.

6    4.80    Defendant Dickerson and other agents of Columbia County are responsible for or

7  personally participated in creating and implementing these unconstitutional policies, practices,

8  and customs, and for training and supervising the mail staff members whose conduct also have

9  injured and continue to injure Plaintiff and others, or ratified or adopted the polices or actions

10  described herein.

11                    **V.    CLAIM ALLEGATIONS**

12                            **COUNT 1**

13    **FIRST AMENDMENT TO THE UNITED STATES CONSTITUTION**

14    5.1    Plaintiff realleges and incorporates by reference the preceding paragraphs.

15    5.2    The acts described above constitute violations of Plaintiff's rights, the rights of

16  other correspondents who have attempted to or intend to correspond with prisoners at the

17  Columbia County Jail, and the rights of prisoners confined at the Columbia County Jail, under

18  the First Amendment to the United States Constitution through 42 U.S.C. § 1983.

19    5.3    The acts described above have caused damages to Plaintiff, and will continue to

20  cause damage.

21    5.4    Plaintiff seeks declaratory and injunctive relief and nominal and compensatory

22  damages against all Defendants.  Plaintiff seeks punitive damages solely against Defendant

23  Dickerson in his individual capacity.

24                            **COUNT 2**

25    **DUE PROCESS CLAUSE OF THE FOURTEENTH AMENDMENT**

26                **TO THE UNITED STATES CONSTITUTION**

27    5.5    Plaintiff realleges and incorporates by reference the preceding paragraphs.

COMPLAINT - 17

9870.05 fa122203

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

1  5.6    The acts described above constitute violations of Plaintiff's rights, the rights of

2  other correspondents who have attempted to or intend to correspond with prisoners at the

3  Columbia County Jail, and the rights of prisoners confined at the Columbia County Jail, under

4  the Fourteenth Amendment to the United States Constitution through 42 U.S.C. § 1983.

5  5.7    The acts described above have caused damages to Plaintiff, and will continue to

6  cause damage.

7  5.8    Plaintiff seeks declaratory and injunctive relief and nominal and compensatory

8  damages against all Defendants.  Plaintiff seeks punitive damages solely against Defendant

9  Dickerson in his individual capacity.

10                    **VI.    INJUNCTION ALLEGATIONS**

11  6.1    Defendants' unconstitutional policy, practices, and customs are ongoing and

12  continue to violate Plaintiff's constitutional rights and the rights of other correspondents and

13  prisoners, and as such there is no adequate remedy at law.

14  6.2    Plaintiff is entitled to injunctive relief prohibiting Defendants from: refusing to

15  deliver or allow delivery of publications, books, informational brochures and subscription forms,

16  book catalogs, book offers, renewal letters, fundraising letters, online articles, and other

17  correspondence from Prison Legal News or other correspondents; censoring or rejecting mail on

18  the ground that it is not in the form of a postcard; censoring or rejecting a catalog on the ground

19  that it is a catalog or not a postcard; censoring or rejecting mail on the ground that it is a

20  magazine; and prohibiting Defendants from censoring mail without due process of law.

21                    **VII.    REQUEST FOR RELIEF**

22  WHEREFORE, the Plaintiff requests relief as follows:

23  7.1    A preliminary injunction and a permanent injunction preventing Defendants from

24  continuing to violate the Constitution, and providing other equitable relief.

25  7.2    A declaration that Defendants' policies, practices, and customs violate the

26  Constitution.

27

COMPLAINT - 18

9870.05 fa122203

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

1       7.2    An award of nominal, compensatory, and punitive damages for each violation of

2   its First Amendment rights to free speech and expression in an amount to be proved at trial.

3       7.3    An award of nominal, compensatory, and punitive damages for each violation of

4   its Fourteenth Amendment rights to due process in an amount to be proved at trial.

5       7.4    A trial by jury on damages.

6       7.5    Costs, including reasonable attorney's fees, under 42 U.S.C. § 1988, and under

7   other applicable law.

8       7.6    Pre-judgment and post-judgment interest.

9       7.7    The right to conform the pleadings to the proof and evidence presented at trial.

10      7.8    Such other relief as the Court deems just and equitable.

11  DATED this 13th day of January, 2012.

12      RANSOM BLACKMAN

13

14      By:

15          Marc Blackman, OSB # 730338
            marc@ransomblackman.com
            Local Counsel for Plaintiff

16      MacDONALD HOAGUE & BAYLESS

17

18      By:
            Katherine Chamberlain, OSB # 042580

19          KatherineC@mhb.com
            Attorney for Plaintiff

20

21

22

23

24

25

26

27

COMPLAINT - 19

9870.05 fa122203

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

# EXHIBIT A
## TO
# COMPLAINT

**Inmate Mail**
Last Updated Friday, 06 August 2010 16:48

# Incoming Mail:

**Incoming Mail will be only accepted in the form of commercially-produced postcards or a photograph used as a postcard.** The mail is delivered to the Sheriff's Office Monday through Saturday, excluding holidays.

Address
Inmate's Name (Booking Number)
Columbia County Jail
901 Port Avenue
St. Helens, Oregon 97051

# Prohibited Mail

**Effective April 1, 2010 the Columbia County Sheriff's Office is changing the procedures that apply to inmate mail.**

MAIL VIOLATIONS:
(Will result in the post card(s) being returned to sender)

* No Inmate Name
* Incomplete Return Address
* Stickers of any kind (Includes address labels)
* Rubber Inked Stamps
* Tape
* Lipstick
* Colored Pencils
* Paperclips / Staples etc.
* Correction Tape / Fluid
* Crayon
* Paint
* Watercolor or colored markers
* Food / Beverage Stains
* Perfume / Cologne
* Any unidentifiable substance

The following mail will not be received or sent from the facility and will be returned to the sender.

1. Mail from one inmate to another at this facility requires a supervisor's approval.
2. Mail that threatens blackmail or extortion.
3. Mail that concerns sending contraband into or out of our jail.
4. Mail that concerns escape plans.
5. Mail that concerns plans for activities in violation of the jail rules.
6. Mail that concerns plans for criminal activity.
7. Mail that contains information which, if communicated, would create a danger of violence or physical harm to a person
8. Mail that is sensational. Sensationalism is writing or other printed material that poses a threat to the security, safety, or good order of the jail.
9. Mail that contains any contraband materials.
10. No personal packages will be accepted through the mail or by the Sheriff's Office Clerks.
11. Polaroid or other instant developing photographs.
12. Picture frames or picture folders.
13. Photographs larger than 5" x 7".
14. Postage stamps, blank writing paper, or blank envelopes.
15. Mail that contains gang-related writings, drawings, or symbols on the outside of the envelope or letter.
16. Mail that contains a foreign substance, bodily fluid, perfume or cologne.
17. Mail written in code or suspected code.
18. Sexually explicit materials.
19. Mail that encourages or instructs in a commission of a crime.
20. Mail falsely labeled "Official Mail."
21. Photographs that are not printed by a professional commercial source (photo labs or kiosks) will not be accepted. (home printer produced pictures on regular paper are not allowed.)
22. Stickers, tape, and return address labels.


**Legal Professional Mail Rules:**
Inmate legal mail and professional mail rules have not changed.

# Publications:


We do not accept magazines. Books must be sent directly from the publisher or bookstore.  An inmate may receive no more than three books per month.

# Mail Definitions and Frequently Asked Questions:

**Incomplete return address**: Return address is missing either part of the address or first and last name of sender.

**No Inmate Name**: Inmate's first and last names are NOT on the post card.

**Dead Mailed**: There is no return address. In this case the postcard is returned to the Post Office.

**What happens to the postcard I send to an inmate when it arrives at the Facility?**
After the post card has been cleared through administration, it is reviewed for mail violations. If a violation is found, the Deputy will complete a Mail Violation Form and the mail will be placed in the inmate's property until their release, or it will be returned to the sender.

**Can I send a care package to an Inmate?**
Inmates housed in the Jail cannot receive care packages of any kind through the mail. Care packages
which are not mail in can be purchased through
www.columbia.icaredirect.com
. We only accept care packages by this method.

**Can Inmates have access to Books, Magazines, and Newspapers?**
The Columbia County Jail has certain legal publications as well as books for entertainment, and some faith-based materials. Books may be procured from outside the jail, however any such book, hardbound or otherwise, must be sent directly from the publisher or bookstore via the U.S. Mail. Newspapers may be subscribed to in the inmate's name for delivery to the jail.

**Magazines**: Are not allowed inside the facility.

**Religious Materials**: Inmates can request a Bible from the Law Library. Inmates can also attend a religious program and receive religious materials from the Columbia County Sheriff's Office Volunteer who facilitates that particular program.