App-OK
Sponsor-OK
1-27-12
TG

RECVD 26 JAN '12 12:58 USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

PRISON LEGAL NEWS, a project of the
HUMAN RIGHTS DEFENSE CENTER,

Plaintiff(s),

v.

COLUMBIA COUNTY, et al.,

Defendant(s).

Civil Case No. CV 12-71-SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney **Lance Weber** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**
Name: Weber, Lance
(Last Name)   (First Name)   (MI)   (Suffix)
Firm or Business Affiliation: Human Rights Defense Center
Mailing Address: 1037 Western Avenue, Second Floor
City: West Brattleboro   State: Vermont   Zip: 05303
Phone Number: 802/257-1342   Fax Number: 866/228-1681
Business E-mail Address: lweber@humanrightsdefensecenter.org

#45117

45117

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Missouri Bar, October 10, 1997, #49055

Kansas Bar, April 24, 1998, #18610

New Hampshire Bar, July 14, 2010, #19942

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
U.S. District Court for the Western District of Missouri, November 14, 1997

U.S. District Court for the District of Kansas, April 24, 1998

U.S. District Court for the Eastern District of Michigan, August 11, 2011

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑  I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐  I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 1 Million that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Prison Legal News, Plaintiff

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this 22ND day of DECEMBER, 2011

(Signature of Pro Hac Counsel)

**Lance Weber**
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 26th day of January, 2012

(Signature of Local Counsel)  OSB # 730338

Name: **Blackman, Marc**
(Last Name) (First Name) (MI) (Suffix)

Oregon State Bar Number: 730338
Firm or Business Affiliation: Ransom Blackman, LLP
Mailing Address: 1400 Congress Center, 1001 SW Fifth Avenue
City: Portland    State: OR    Zip: 97204
Phone Number: 503/228-0487    Business E-mail Address: marc@ransomblackman.com

**COURT ACTION**

☑ Application approved subject to payment of fees.
☐ Application denied.

DATED this 27 day of Jan, 2012

Judge