# Morones Survey of Commercial Litigation Fees

Portland, Oregon

2012 Update

**Morones Markee LLC** | 625 SW Broadway, Suite 200 | Portland, OR 97205 | P 503.223.5168 | F 503.223.5179 | **moronesmarkee.com**



# 2012 Summary Report

|  |  | 2012 | 2010 | 2008 | 2006 | 2004 | 04-12 CAGR |
|---|---|---|---|---|---|---|---|
| Number of participating firms | | 18 | 15 | 19 | 22 | 16 | na |
| Number of reported litigation partners/shareholders | | 176 | 162 | 153 | 160 | 141 | na |
| Number of reported litigation attorneys | | 306 | 280 | 317 | 339 | 281 | na |
| 30+ yrs experience [Bar year <=1982 for 2012][a] | AVE | $448 | $430 | $404 | $367 | $345 | 3.3% |
| | MED | $450 | $433 | $400 | $370 | $350 | 3.2% |
| 20-29 yrs experience [Bar years 1983-1992 for 2012][a] | AVE | $412 | $392 | $360 | $333 | $304 | 3.9% |
| | MED | $400 | $390 | $358 | $335 | $303 | 3.5% |
| 10-19 yrs experience [Bar years 1993-2002 for 2012][a] | AVE | $346 | $332 | $316 | $291 | $272 | 3.0% |
| | MED | $350 | $325 | $315 | $295 | $275 | 3.1% |
| 0-9 yrs experience [Bar years >=2003 for 2012][a] | AVE | $269 | $253 | $240 | $217 | $199 | 3.8% |
| | MED | $250 | $243 | $235 | $210 | $195 | 3.2% |
| 15 attorneys with highest hourly rates | AVE | $569 | $525 | $486 | $448 | $406 | 4.3% |
| | MED | $550 | $510 | $475 | $450 | $400 | 4.1% |
| Percent of commercial litigation revenues derived from hourly billings (versus contingent or flat fee) | AVE | 95% | 91% | 89% | 87% | 88% | na |
| | MED | 99% | 97% | 95% | 96% | 94% | na |

*Note*

a. In order to reduce the impact of any outliers, two data points from each year of experience category, the highest and lowest rates reported, have been removed from calculated average and median survey results.

Fees effective January 1 of 2012, 2010, 2008, 2006 and 2004

Morones Markee LLC | 625 SW Broadway, Suite 200 | Portland, OR 97205 | P 503.223.5168 | F 503.223.5179 | moronesmarkee.com



# 2012 Update
# Survey Methodology

In March of 2002, Daniel H. Skerritt and David B. Markowitz commissioned Serena Morones, CPA to conduct a survey of commercial litigation attorney fee rates in Portland, Oregon.

They commissioned the survey for the purpose of developing accurate market data to support their frequent expert testimony in attorney fee disputes. They previously suffered from a lack of complete, empirical market data to use in fee disputes.

They defined their relevant market as each law firm located in the metro Portland area with more than five attorneys specializing in commercial litigation. They defined "specializing" as spending more than 50% of their time in the practice of commercial litigation.

To conduct the survey, Ms. Morones identifies the designated market by reviewing the Oregon State Bar membership directory and conducting internet searches to identify all firms located in the Portland Metro area. She then reviewed each Portland area firm's web site to determine if the firm advertised the practice of commercial litigation. If the firm did advertise commercial litigation, she counted the number of attorney biographies that described commercial litigation as a practice area of the attorney. If the firm advertised at least five attorneys listing commercial litigation as a practice area, she invited that firm to respond to the survey.

For the 2012 survey update, Ms. Morones identified 28 firms that met the specified criteria and 18 of those firms participated in the survey, reporting data for 306 attorneys.

**2012 Update Survey Methodology**